IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,     :

      Plaintiff

                           Case #: 3:12-cr-88

vs.

RONALD HUPP,

      Defendant     :
_____

ORDER OF TRANSFER
_____

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Michael R. Merz to the docket of Magistrate Judge Michael J. Newman.

                                               s/Michael J. Newman
                                               Michael J. Newman
                                               United States Magistrate Judge

                                               s/Michael R. Merz
                                               Michael R. Merz
                                               United States Magistrate Judge